UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Trustees For The Mason Tenders District Council Welfare Fund, Pension Fund, and Training Program Fund et al.,

                Petitioners,

-against-

GC Upstate Environmental Solutions Corp,

                Respondent.

25-CV-4161 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

On May 18, 2025, Petitioners filed a petition to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall file and serve any additional materials with which they intend to support their petition to confirm by **June 9, 2025**. Respondent's opposition, if any, is due on **June 30, 2025**. Petitioners' reply, if any, is due **August 7, 2025**.

Petitioners shall serve the petition and all supporting papers, as well as this Order, upon Respondents pursuant to Rule 4 of the Federal Rules of Civil Procedure no later than **June 9, 2025**, and shall file an affidavit of such service with the court no later than **June 10, 2025**.

SO ORDERED.

Dated: May 20, 2025
      New York, New York

                                                ARUN SUBRAMANIAN
                                                United States District Judge