UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Trustees For The Mason Tenders District Council Welfare Fund, Pension Fund, and Training Program Fund et al.,

Petitioners,

-against-

GC Upstate Environmental Solutions Corp.,

Respondent.

25-CV-4161 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Petitioners should, on or before August 14, 2026, submit their proposed judgment (as the Court ordered them to do seven months ago, Dkt. 15) or the case will be dismissed for failure to prosecute.

SO ORDERED.

Dated: August 5, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge