UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES FOR THE MASON TENDERS DISTRICT COUNCIL WELFARE FUND, PENSION FUND, ANNUITY FUND, and TRAINING PROGRAM FUND, and ANNA GUTSIN, in her fiduciary capacity as Director,

and

DAVID BOLGER, as Business Manager of the MASON TENDERS DISTRICT COUNCIL OF GREATER NEW YORK,

Petitioners,

-against-

GC UPSTATE ENVIRONMENTAL SOLUTIONS. CORP.

Respondent.

Civil Action
No. 25- CV -4161(AS)

ECF CASE

**JUDGMENT**

The Trustees for the Mason Tenders District Council Welfare Fund, Pension Fund, Annuity Fund and Training Program Fund and Anna Gutsin, in her fiduciary capacity as Director, and David Bolger, as the Business Manager of the Mason Tenders District Council of Greater New York (hereinafter "Petitioners") having commenced this action on May 18, 2025 by the filing of a petition seeking to confirm Arbitration, and GC Upstate Environmental Solutions Corp. (hereinafter "Respondent") having been duly served on June 2, 2025 with a copy of the petition, and Respondent having failed to appear, answer or otherwise move with respect to the petition seeking to confirm and enforce the May 21, 2024 opinion and award of arbitrator Joseph Harris ordering Respondent to pay Petitioner union trust funds $440,635.15 in delinquent benefit

contributions and other monies; and in light of the fact that the Court is being asked to confirm and enforce an arbitration award; it is now

**ORDERED, ADJUDGED AND DECREED**, that as there exists no genuine dispute as to any material fact to Petitioners seeking to confirm and enforce the arbitration award of Joseph Harris dated May 21, 2024, it is hereby confirmed in all respects; and it is further

**ORDERED, ADJUDGED AND DECREED**, that Petitioners shall have judgment against Respondent in the principal amount of $440,635.15; and it is further

**ORDERED, ADJUDGED AND DECREED**, that interest accrue at the legal rate on the principal judgement amount herein from the date of entry of judgment until the judgment is paid.

Dated: August 6, 2026
New York, NY

U.S.D.J.